| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:97CR000003-001-LON |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 0 5 - C R - 8 9 - 1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Michael Mills 7121 Elmwood Avenue Philadelphia, PA 19142 | Delaware | United States Probation Office |
| | NAME OF SENTENCING JUDGE Hon. Joseph J. Longobardi | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM May 3, 2003 — TO May 2, 2006 |

**FILED**

FEB 1 5 2005

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

---

OFFENSE

18:922(g)(1) & 924(3)(1)     Possession of a Firearm by a Felon, a violation of 18 U.S.C. 922(g)(1) & 924(e)(1).

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF DELAWARE**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| January 20, 2005 | Joseph J. Longobardi |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF PENNSYLVANIA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 2/8/05 | |
|---|---|
| *Effective Date* | *United States District Judge* |